# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Jessie HERNANDEZ-Angulo,<br><br>　　　　　　　　Defendant. | Case No.: 24-mj-08108-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about February 10, 2024, within the Southern District of California, defendant, Jessie HERNANDEZ-Angulo, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant further states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

MARCUS A KUGEL
Digitally signed by MARCUS A KUGEL
Date: 2024.02.10 12:22:31 -08'00'

_____
Special Agent Marcus Kugel
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of February, 2024.

_____
HON. LUPE RODRIGUEZ JR.
U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
v.
Jessie Hernandez Angulo

## STATEMENT OF FACTS

This complainant states that this Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Marcus Kugel.

On February 10, 2024, at approximately 12:12 A.M., Jessie HERNANDEZ Angulo (HERNANDEZ), a Citizen of the United States, requested entry into the United States from Mexico at the Calexico, California, West Port of Entry (POE) via vehicle primary lanes. HERNANDEZ was the driver of a red 2006 Dodge Ram bearing Mexican license plates. HERNANDEZ provided the Customs and Border Protection Officer (CBPO) with a negative Customs declaration. The CBPO subsequently referred HERNANDEZ to the vehicle secondary inspection area due to observing the gas tank having a solid feel when tapped.

Further inspection of the resulted in the discovery of a total of eighty-six (86) sealed packages of suspected narcotics concealed within the doors and gas tank of the vehicle. CBPOs field tested a sample of the substance inside the 86 packages and the results indicated the packages contained approximately 60.18 kilograms (132.39 pounds) of Methamphetamine. HERNANDEZ was placed under arrest.

HERNANDEZ was advised of his rights per Miranda. HERNANDEZ stated he understood his rights and was willing to answer questions without the presence of an attorney.

HERNANDEZ advised he traveled to Mexicali, Mexico for the purpose of getting repairs on a recently purchased vehicle that was parked at a friend's residence in Mexicali. Hernandez stated he drove the Dodge Ram to his friend's residence, parked it there and took his other vehicle to the repair shop. HERNANDEZ returned from the repair shop, parked

3

1  his other vehicle at his friend's residence and drove the Dodge Ram to the Calexico West
2  Port of Entry where he was arrested.
3       The Dodge Ram is registered to HERNANDEZ's mother, but HERNANDEZ advised
4  he drives it daily.  HERNANDEZ stated he had the keys to the Dodge Ram in his possession
5  all day and it was parked in the same place he left it when he returned to his friend's
6  residence to pick it up.  HERNANDEZ maintained he did not have any knowledge of the
7  narcotics discovered inside the Dodge Ram.
8       HERNANDEZ was charged with a violation of Title 21, United States Code sections
9  952 and 960 for Importation of a Controlled Substance and booked into the El Centro GEO
10 Detention Facility.
11      Executed on February 10, 2024 at 5:07 A.M.

**MARCUS A KUGEL**
Digitally signed by MARCUS A KUGEL
Date: 2024.02.10 12:05:25 -08'00'

Special Agent Marcus Kugel
Homeland Security Investigations

On the basis of the facts presented in the probable cause statement consisting of two (2) pages, I find probable cause to believe the defendant named in this probable cause statement committed the offense on February 10, 2024, in violation of Title 21 United States Code, Sections 952 and 960.

_Allison H. Goddard_                          12:13 PM, Feb 10, 2024
HON. ALLISON H. GODDARD                       Date/Time
U.S. MAGISTRATE JUDGE

4